RECEIVED
JUL - 6 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CLARENCE W. SAMUELS | CIVIL ACTION NO. 2:13-cv-1978 SECTION P |
| VERSUS | JUDGE TRIMBLE |
| TERRY TERRELL ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that defendant's Motion For Summary Judgment be **GRANTED**. Plaintiff's Cross Motion for Summary Judgment is **DENIED** as moot.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 6th day of July, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE